Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donna G. Perry a/k/a Donna G. Richards,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-357
Submitted March 26, 2003 - Filed May 
 21, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 Donna G. Perry, of Fort Mill; for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans Jr., Legal Counsel J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Appellant, Donna G. Perry, 
 pled guilty to obtaining drugs by fraud and received a five year suspended sentence 
 with two years of probation.  Following a probation revocation hearing, the 
 trial judge revoked appellants suspended sentence in full.  Perry appeals the 
 revocation, asserting the State failed to make an evidentiary showing of her 
 violations.  We dismiss pursuant to Anders v. California, 386 U.S. 738 
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels 
 petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.